Elma WATSON, Administratrix of the Estate of Willie Watson, Deceased and Elma Watson in her Own Right, Appellee,

v.

TEMPLE UNIVERSITY, A Pennsylvania Non Profit Corporation, Which is a Commonwealth University, Temple University Police Department and Temple University Parking Services, Appellants.

Supreme Court of Pennsylvania.

Argued Oct. 23, 2002.

Decided Nov. 13, 2002.

D. Pamela Gaines, Roland J. Atkins, Philadelphia, for Temple University of the Commonwealth System of Higher Education, et al.

Bernard L. Kubert, Philadelphia, for Elma Watson.

Before: ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

### ORDER

PER CURIAM.

The Order of the Superior Court is reversed. *See Ben v. Schwartz*, 556 Pa. 475, 729 A.2d 547 (1999).